# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DYLAN HUGHES

VERSUS

COURTNEY HARVEY

NO. 2022 CW 1246

**NOVEMBER 22, 2022**

---

In Re:   Courtney Harvey, applying for supervisory writs, 21st Judicial District Court, Parish of St. Helena, No. 23607.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** This writ application failed to include a copy of each pleading on which the ruling was founded, including the amended petition/motion to modify custody and the custody decree sought to be amended, and a copy of the judgment complained of in violation of Rule 4-5(6) and (8) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before November 30, 2022, and must contain a copy of this ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT